**Timothy Mark Cameron ABBOTT, Plaintiff–Appellant,**

v.

**Jacquelyn Vaye ABBOTT, Defendant–Appellee.**

No. 07–50967.

United States Court of Appeals, Fifth Circuit.

Aug. 24, 2010.

Adair Dyer, Jr., Law Office of Adair Dyer, Austin, TX, for Plaintiff–Appellant.

Karl Edward Hays, Law Offices of Karl E. Hays, Austin, TX, for Defendant–Appellee.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Supreme Court reversed the decision of this court in *Abbott v. Abbott,* —— U.S. ——, 130 S.Ct. 1983, 176 L.Ed.2d 789 (2010), and remanded for further proceedings consistent with its opinion. We, in turn, REMAND the case to the district court for further proceedings consistent with the opinion of the Court, including the consideration of the issues in Part IV of

---

that opinion. We GRANT the motion to recall the mandate issued on October 8, 2008.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.